IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL SIMS, #275 976, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:14-cv-843-WHA |
| ) | |
| GOVERNOR ROBERT BENTLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #9), entered on November 13, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

2. The clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 10th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE